[No. 4227–II.   Division Two.   June 9, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. DALE
EUGENE DRATH, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 54630, Arthur W. Verharen, J., entered August
7, 1979. *Affirmed* by unpublished opinion per Petrich, J.,
concurred in by Reed, C.J., and Pearson, J.

[No. 3806–8–III.   Division Three.   June 9, 1981.]

SAM ASHE, *Respondent,* v. FRANK TIEGS,
*Appellant.*

Appeal from a judgment of the Superior Court for
Franklin County, No. 22781, Robert S. Day, J., entered
January 30, 1980. *Affirmed* by unpublished opinion per
Roe, A.C.J., concurred in by Green and Munson, JJ.

[No. 3694–4–III.   Division Three.   June 9, 1981.]

ALTA R. ESPINOLA, *Respondent,* v. FRANCIS SPENCER
MITCHELL, *Appellant.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 79–3–01050–5, Walter A. Stauffacher,
J., entered November 9, 1979. *Reversed* and *remanded* by
unpublished opinion per Munson, J., concurred in by
McInturff, C.J., and Green, J.

[No. 3890–4–III.   Division Three.   June 9, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD
EUGENE KEMPF, *Appellant.*

Appeal from a judgment of the Superior Court for
Klickitat County, No. C–1780, Ted Kolbaba, J., entered
March 6, 1980. *Affirmed* by unpublished opinion per
McInturff, C.J., concurred in by Green and Munson, JJ.